1
2
3
4
5
6
7
8
9
10

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>D.J. BENNETT, Revenue Officer, ) | NO.  C-06-4413-PJH |
| Petitioners, ) | |
| v. ) | **ORDER ENFORCING SUMMONS** |
| SERGIO RODRIGUEZ, ) | |
| Respondent. ) | |

This case having come on for hearing on September 20, 2006, at 9:00 a.m., upon the return of an Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, Sergio Rodriguez, shall appear before Revenue Officer D.J. Bennett, or any other designated agent, on October 5, 2006, at 9:30 a.m., at the Offices of the Internal Revenue Service located at 777 Sonoma Avenue, Room 112, Santa Rosa, California, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons (attached to the Verified Petition to Enforce Internal Revenue Service Summons as **Exhibit A**) and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

**ORDERED** this  20th  day of September, at San Francisco, California.

_____
UNITED STATES DISTRICT



IT IS SO ORDERED
Judge Phyllis J. Hamilton

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**ORDER ENFORCING SUMMONS**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____   **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____   **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

**Sergio Rodriguez**
**3200 Lakeshore Blvd.**
**Lakeport, CA 95453**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **September 20, 2006** at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　／s／ Kathy Tat
　　　　　　　　　　　　　　　　　　　　　**KATHY TAT**
　　　　　　　　　　　　　　　　　　　　　**Legal Assistant**